FILED'09 APR 17 15:04 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LISA FINNEY,
  Plaintiff,

CV# 08-0400-HA

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
  Defendant.

ORDER

  Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4060.73 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

  DATED this 17 day of April 2009.

Ancer L. Haggerty
United States District Judge